IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **CHERYL GARCIA** | ) | No. 15 B 34639 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:      See Attached

    I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on October 24, 2016,

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Gina B. Krol_____
                                             Ch 7 Bankruptcy Trustee

Service List:

LVNV Funding, LLC Its successors and assigns as Assignee of FIA Card Services, NA
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603-0587

LVNV Funding, LLC its successors and assings as assignee of HSBC Receivables Acquisition Corp (USA IV
Resurgent Capital Svcs
P.O. Box 10587
Greenville, SC   29603-0587

Cavalry SPV I, LLC
500 Summit Lake Drive
Ste 400
Valhalla, NY   10595

Quantum 3 Group, LLC as agent for Comenity Capital Bank
P.O. Box 788
Kirkland, WA   98083-0788

Atlas Acquisitions, LLC
Nordstrom
294 Union Street
Hackensack, NJ   07601

Porania LLC
P.O. Box 11405
Memphis, TN   38111

Portfolio Recovery Assoc, LLC
Successor to Synchrony Bank
Old Navy
P.O. Box 41067
Norfolk, VA   23541

Portfolio Recovery Assoc, LLC
Successor to GE Capital
JC Penney
P.O. Box 41067
Norfolk, VA   23541

Portfolio Recovery Assoc, LLC
Successor to Comenity Bank
Avenue
P.O. Box 41067
Norfolk, VA   23541

Department Store National Bank
c/o Quantum 3 Group, LLC
P.O. Box 657
Kirkland, WA   98083-0657

Portfolio Receovery Associates, LLC
Successor to Comenity Bank
Lane Bryant
P.O. Box 41067
Norfolk, VA   23541

Craig Westfall
craig@nigrowestfall.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov