UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GARCIA, CHERYL M. § Case No. 15-34639 DRC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 18,000.00 *(Without deducting any secured claims)* | Assets Exempt: 17,200.00 |
| Total Distributions to Claimants: 19,843.60 | Claims Discharged Without Payment: 87,818.81 |
| Total Expenses of Administration: 5,156.40 | |

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,156.40 | 5,156.40 | 5,156.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,608.19 | 39,135.09 | 38,495.08 | 19,843.60 |
| **TOTAL DISBURSEMENTS** | $ 102,608.19 | $ 44,291.49 | $ 43,651.48 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on 10/12/2015 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2016           By:/s/GINA B. KROL
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1182 Scott Court, Carol Stream, IL | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| GINA B. KROL | 2200-000 | NA | 15.52 | 15.52 | 15.52 |
| ASSOCIATED BANK | 2600-000 | NA | 234.05 | 234.05 | 234.05 |
| COHEN & KROL | 3110-000 | NA | 1,089.01 | 1,089.01 | 1,089.01 |
| GINA KROL | 3110-000 | NA | 544.49 | 544.49 | 544.49 |
| COHEN & KROL | 3120-000 | NA | 23.33 | 23.33 | 23.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,156.40 | $ 5,156.40 | $ 5,156.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance P.O. Box 2039 Warren, MI 48090 | | 9,830.97 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15710 Wilmington, DE 19886 | | 1,599.00 | NA | NA | 0.00 |
| | Blatt Hasenmiller Leibsker & Moore 125 S. Wacker Drive, #400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Capital One 15000 Capital One Drive Richmond, VA 23238 | | 11,259.00 | NA | NA | 0.00 |
| | Chase P.O. Box 901003 Columbus, OH 43224 | | 4,965.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank P.O. Box 6241 Sioux Falls, SD 57117 | | 4,601.03 | NA | NA | 0.00 |
| | DNF Associates, LLC 352 Sonwil Drive Checktowaga, NY 14225 | | 0.00 | NA | NA | 0.00 |
| | FIA Card Services P.O. Box 982237 El Paso, TX 79998 | | 21,571.31 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg P.O. Box 3228 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | GE Capital Retail Bank P.O. Box 960061 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | GE Money Bank Attn: Bankruptcy Dept P.O. Box 103104 Roswell, FA 30076 | | 0.00 | NA | NA | 0.00 |
| | Ge Money Bank Attn: Bankruptcy Dept P.O. Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC P.O. Bo x 9 Buffalo, NY  14240 | | 0.00 | NA | NA | 0.00 |
| | Kohls Capital One N5617000 Ridgewood Drive Menomonee Falls, WI  53051 | | 2,378.00 | NA | NA | 0.00 |
| | LVNV P.O. Box 108 St. Louis, MO  63166 | | 819.00 | NA | NA | 0.00 |
| | Lexus FSB P.O. Box 108 St. Louis, MO  63166 | | 1,876.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 4,163.01 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 4,482.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell P.O. Box 183018 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Shindler Law Firm 1990 E. Algonquin Road #180 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | Shindler Law Firm 1990 E. Algonquin Road #180 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | World Financial Network Nat'l Bank P.O. Box 182125 Columbus, OH 43218 | | 751.30 | NA | NA | 0.00 |
| | World Financial Network Nat'l Bank P.O. Box 182125 Columbus, OH 43218 | | 515.01 | NA | NA | 0.00 |
| | World Financial Network National Bank P.O. Box 182125 Columbus, OH 43218 | | 356.70 | NA | NA | 0.00 |
| 000007 | ATLAS ACQUISITIONS LLC (NORDSTROM) | 7100-900 | 640.00 | 640.01 | 640.01 | 329.91 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAVALRY SPV I, LLC | 7100-900 | 2,086.70 | 1,864.73 | 1,864.73 | 961.24 |
| 000004 | CAVALRY SPV I, LLC | 7100-900 | 10,025.00 | 10,025.00 | 10,025.00 | 5,167.73 |
| 000005 | CAVALRY SPV I, LLC | 7100-900 | NA | 4,880.93 | 4,880.93 | 2,516.04 |
| 000012 | DEPARTMENT STORE NATIONAL BANK | 7100-900 | 3,402.00 | 3,401.94 | 3,401.94 | 1,753.65 |
| 000001 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-900 | 10,771.00 | 10,770.69 | 10,770.69 | 5,552.12 |
| 000002 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-900 | 1,570.00 | 1,570.24 | 1,570.24 | 809.43 |
| 000008 | PORANIA LLC | 7100-900 | NA | 640.01 | 0.00 | 0.00 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 750.08 | 750.08 | 750.08 | 386.65 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 522.50 | 522.50 | 522.50 | 269.34 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 504.54 | 504.54 | 260.08 |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 988.58 | 968.49 | 968.49 | 499.24 |
| 000014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 735.53 | 735.53 | 379.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | 2,685.00 | 1,860.40 | 1,860.40 | 959.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 102,608.19 | $ 39,135.09 | $ 38,495.08 | $ 19,843.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 15-34639    DRC    Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: GARCIA, CHERYL M. | Date Filed (f) or Converted (c): 10/12/15 (f) |
| | 341(a) Meeting Date: 11/03/15 |
| For Period Ending: 12/13/16 | Claims Bar Date: 03/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1182 Scott Court, Carol Stream, IL | 135,000.00 | 42,276.28 | | 25,000.00 | FA |
| 2. Chase Checking 8046 | 200.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking 99593 | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Lexus Hybrid | 18,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $155,200.00    $42,276.28    $25,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sent TFR to US Tee for review September 22, 2016, 09:28 am

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/    GINA B. KROL
_____    Date: 12/13/16
    GINA B. KROL

LFORM1    Ver: 19.06c
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-34639 -DRC |
| Case Name: | GARCIA, CHERYL M. |
| Taxpayer ID No: | *******3333 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7848 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/16 | 1 | Cheryl M. Garcia | Proceeds of sale | 1110-000 | 25,000.00 | | 25,000.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 24,985.62 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.14 | 24,948.48 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.90 | 24,912.58 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.04 | 24,875.54 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.79 | 24,839.75 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.93 | 24,802.82 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.87 | 24,765.95 |
| 11/18/16 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 3,265.52 | 21,500.43 |
| | | | Fees         3,250.00 | 2100-000 | | | |
| | | | Expenses       15.52 | 2200-000 | | | |
| 11/18/16 | 030002 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 544.49 | 20,955.94 |
| 11/18/16 | 030003 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,112.34 | 19,843.60 |
| | | | Fees         1,089.01 | 3110-000 | | | |
| | | | Expenses       23.33 | 3120-000 | | | |
| 11/18/16 | 030004 | LVNV Funding, LLC its successors and assigns as assignee of FIA Card Services, N.A. Resurgent Capital Services | Final Distribution | 7100-900 | | 5,552.12 | 14,291.48 |

Page Subtotals    25,000.00    10,708.52

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34639 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GARCIA, CHERYL M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7848 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3333 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/16 | 030005 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding, LLC its successors and assigns as<br>assignee of HSBC Receivables<br>Acquisition Corporation (USA) IV<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final Distribution | 7100-900 | | 809.43 | 13,482.05 |
| 11/18/16 | 030006 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(3-1) Cavalry SPV I, LLC as<br>assignee of CITIBANK, N.A./SHELL CONSUMER | 7100-900 | | 961.24 | 12,520.81 |
| 11/18/16 | 030007 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(4-1) Cavalry SPV I, LLC as<br>assignee of GE Capital Corp./Empire | 7100-900 | | 5,167.73 | 7,353.08 |
| 11/18/16 | 030008 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(5-1) Cavalry SPV I, LLC as<br>assignee of CITIBANK, N.A./EXXONMOBIL CONSUMER | 7100-900 | | 2,516.04 | 4,837.04 |
| 11/18/16 | 030009 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(6-1) Money Loaned | 7100-900 | | 959.01 | 3,878.03 |
| 11/18/16 | 030010 | Atlas Acquisitions LLC (NORDSTROM)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution<br>(7-2) Corrected assignment document | 7100-900 | | 329.91 | 3,548.12 |
| 11/18/16 | 030011 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Old Navy)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 386.65 | 3,161.47 |

Page Subtotals                0.00            11,130.01

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34639 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GARCIA, CHERYL M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7848 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3333 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/16 | 030012 | Portfolio Recovery Associates, LLC<br>Successor to Ge Capital (Jc Penney)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 269.34 | 2,892.13 |
| 11/18/16 | 030013 | Portfolio Recovery Associates, LLC<br>Successor to Comenity Bank (Avenue)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 260.08 | 2,632.05 |
| 11/18/16 | 030014 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Final Distribution<br>(12-1) Money Loaned | 7100-900 | | 1,753.65 | 878.40 |
| 11/18/16 | 030015 | Portfolio Recovery Associates, LLC<br>Successor to Comenity Bank (Lane Bryant)<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 499.24 | 379.16 |
| 11/18/16 | 030016 | Portfolio Recovery Associates, LLC<br>Successor to Comenity Bank<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 379.16 | 0.00 |

Page Subtotals    0.00    3,161.47

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2     Page: 4
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-34639 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GARCIA, CHERYL M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7848  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3333 | | |
| For Period Ending: | 12/13/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 25,000.00 | 25,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 25,000.00 | 25,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 25,000.00 | 25,000.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking Account (Non-Interest Earn - *******7848 | 25,000.00 | 25,000.00 | 0.00 |
|  | | ----------------- | ----------------- | ----------------- |
|  | | 25,000.00 | 25,000.00 | 0.00 |
|  | | ========== | ========== | ========== |
|  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*